


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT COLBERT,

        Plaintiff,                     No. CIV S-09-1518 GGH P

    vs.

GARY STANTON,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff is a prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected

1 | and forwarded by the appropriate agency to the Clerk of the Court each time the amount in
2 | plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
3 | § 1915(b)(2).
4 |    The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983
5 | and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a
6 | reasonable opportunity to prevail on the merits of this action.
7 |    In accordance with the above, IT IS HEREBY ORDERED that:
8 |     1. Plaintiff's request for leave to proceed in forma pauperis is granted.
9 |     2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
10 | The fee shall be collected and paid in accordance with this court's order to the Solano County
11 | Sheriff filed concurrently herewith.
12 |     3. Service is appropriate for the following defendants: Gary Stanton.
13 |     4. The Clerk of the Court shall send plaintiff 1 USM-285 form, one summons, an
14 | instruction sheet and a copy of the complaint filed June 2, 2009.
15 |     5. Within thirty days from the date of this order, plaintiff shall complete the
16 | attached Notice of Submission of Documents and submit the following documents to the court:
17 |      a. The completed Notice of Submission of Documents;
18 |      b. One completed summons;
19 |      c. One completed USM-285 form for each defendant listed in number 3
20 |      above; and
21 |      d. Two copies of the endorsed complaint filed June 2, 2009.
22 | /////
23 | /////
24 | /////
25 | /////
26 | /////

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: June 15, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

co1518.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT COLBERT,

    Plaintiff,                         No. CIV S-09-1518 GGH P

    vs.

GARY STANTON,                      NOTICE OF SUBMISSION

    Defendant.                     OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____      completed summons form

        _____      completed USM-285 forms

        _____      copies of the _____
                                          Complaint/Amended Complaint

DATED:

                                        _____
                                        Plaintiff